IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JAMES TILTON,<br><br>　　　　Respondent. | 1: 07 -CV- 01256 AWI TAG HC<br><br>ORDER FINDING PETITIONER MAY PROCEED WITH APPEAL WITHOUT CERTIFICATE OF APPEALABILITY<br><br>[Document #31] |

　　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 16, 2008, the court adopted the Magistrate Judge's Findings and Recommendations and denied Petitioner's motion for injunctive relief.   On May 5, 2008, Petitioner filed a notice of appeal.

　　　Because this is a habeas corpus petition, the Clerk of the Court has requested this court issue an order either granting or denying a certificate of appealability.   In general, before a petitioner can appeal the denial of a habeas corpus petition, the court must issue a certificate of appealability.   28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).   However, 28 U.S.C. § 2254(c)(1)(A) specifically bars the appeal of "the final order in a habeas corpus proceeding" unless a certificate of appealability is given.   In this case, Petitioner is not appealing the court's final order in a habeas corpus proceeding, as set forth in 28 U.S.C. § 1291.   The court has not yet issued a final order in this action.   Rather, Petitioner is appealing the denial of an injunction, which is permitted pursuant to 28 U.S.C. § 1292.   Because Petitioner is not appealing a final order, no certificate of appealability is required.

1     Accordingly, the court ORDERS that Petitioner may proceed with his appeal because no
2 certificate of appealability is required.
3 IT IS SO ORDERED.
4 **Dated:   May 16, 2008**         /s/ **Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE